**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Texas

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Visalus, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  20-2385625

4. **Debtor's address**

   **Principal place of business**
   901 Sam Rayburn Highway
   Number    Street

   Melissa    TX    75454
   City    State    ZIP Code

   Collin
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  N/A

Debtor  Visalus, Inc._____    Case number (*if known*)_____
        Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  Visalus, Inc._____    Case number (if known)_____
       Name

| | | |
|---|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____    Relationship _____<br>District _____    When _____<br>                                                                                    MM / DD / YYYY<br>Case number, if known _____ | |

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>                                                     Number    Street<br>_____<br>_____    _____  _____<br>City                                                                           State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☒ More than 100,000<br>☐ 200-999 |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Visalus, Inc.
Name

Case number (if known) _____

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/5/2024
MM / DD / YYYY

X  Niklas Sarnicola
Signature of authorized representative of debtor

Niklas Sarnicola
Printed name

Title  Authorized Representative

### 18. Signature of attorney

X  Jeff Carruth
Signature of attorney for debtor

Date  12/5/2024
MM / DD / YYYY

Jeff Carruth
Printed name

Weycer Kaplan Pulaski & Zuber P.C.
Firm name

2608 Hibernia St.
Number   Street

Dallas                TX    75204
City                  State  ZIP Code

(713) 961-9045                 jcarruth@wkpz.com
Contact phone                  Email address

24001846                       TX
Bar number                     State

# WAIVER OF NOTICE AND
# RESOLUTION OF BOARD OF DIRECTORS OF
# VISALUS, INC.
## A Nevada Corporation

The undersigned, constituting all of the members of the Board of Directors of ViSalus, Inc., a Nevada corporation (the "Corporation"), acting by unanimous written consent in accordance with the Bylaws of the Corporation and applicable law, having waived notice of the time, place and purpose of a meeting of the Board of Directors of the, enacted the following resolution by unanimous vote during a meeting of the Board of Directors that took place on Friday November 22, 2024.

**WHEREAS**, the Corporation is a defendant in a class action, *Wakefield v. Visalus, Inc.*, currently pending in the United States District Court for the District of Oregon as Case No. 3:15-cv-1857-SI (the "Wakefield Litigation"); and

**WHEREAS**, the District Court entered a judgment against the Corporation in the Wakefield Litigation "for an aggregate amount not to exceed $925,218,000" plus $2,000 to the Plaintiff Lori Wakefield for her personal claim; and

**WHEREAS**, the Corporation appealed the judgment in the Wakefield Litigation, and the United States Court of Appeals for the Ninth Circuit vacated in part and remanded to the District Court to determine whether the judgment amount violated the Corporation's due process rights; and

**WHEREAS**, on remand, the District Court has ordered the Corporation to pay for a notice and claims process; and

**WHEREAS**, the cost of the notice and claims process ordered by the District Court far exceeds the Corporation's available cash;

**WHEREAS**, the Corporation has insufficient funds to continue to participate in the Wakefield Litigation; and

**WHEREAS**, the Corporation currently has no operating business; and

**WHEREAS**, the Corporation's assets are substantially limited to certain tax-related assets (net operating losses) and ownership (direct and indirect) of various subsidiaries with intangible assets but no operating business or liquid assets; and

**WHEREAS**, the Corporation wishes to manage the liquidation of its assets in a cost-effective and rational manner; and

Page **1** of **2**

**NOW, THEREFORE**, be it

**RESOLVED**, that the Corporation file a petition for relief under Chapter 11 of the United States Bankruptcy Code as soon as practicable; and

**FURTHER RESOLVED**, that Nicklas Saricola ("Saricola") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Corporation, its creditors and other interested parties, that the Corporation file such a petition for relief

**FURTHER RESOLVED**, that Saricola or his designee is hereby authorized to serve as the Corporation's' representative in the bankruptcy proceeding or any other related proceeding and to take any and all other actions necessary in those proceedings;

**FURTHER RESOLVED**, that the Corporation retains the law firm Lesnick Prince & Pappas LLP as general bankruptcy counsel in the United States for purposes of, among other things, representing the Corporation in its chapter 11 case to the extent and under the terms and conditions mutually acceptable;

**FURTHER RESOLVED**, that the Corporation approves the retention of any additional law firm necessary to file and/or prosecute the Corporation's chapter 11 case.

**DIRECTORS:**

Dated as of: November 22, 2024

_____
Nicklas Saricola


Dated as of: November 22, 2024

_____
Blake Mallen

**NOW, THEREFORE**, be it

**RESOLVED**, that the Corporation file a petition for relief under Chapter 11 of the United States Bankruptcy Code as soon as practicable; and

**FURTHER RESOLVED**, that Nicklas Saricola ("Saricola") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Corporation, its creditors and other interested parties, that the Corporation file such a petition for relief

**FURTHER RESOLVED**, that Saricola or his designee is hereby authorized to serve as the Corporation's' representative in the bankruptcy proceeding or any other related proceeding and to take any and all other actions necessary in those proceedings;

**FURTHER RESOLVED**, that the Corporation retains the law firm Lesnick Prince & Pappas LLP as general bankruptcy counsel in the United States for purposes of, among other things, representing the Corporation in its chapter 11 case to the extent and under the terms and conditions mutually acceptable;

**FURTHER RESOLVED**, that the Corporation approves the retention of any additional law firm necessary to file and/or prosecute the Corporation's chapter 11 case.

**DIRECTORS:**

Dated as of: November 22, 2024

_____
Nicklas Sarnicola

Dated as of: November 22, 2024

_____
Blake Mallen