**Fill in this information to identify the case:**

Debtor name: **Visalus, Inc.**
United States Bankruptcy Court for the: **Eastern** District of **Texas** (State)
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Certified Class in Wakefield v. Visalus c/o Scott F. Kocher Forum Law Group 811 S.W. Naito Pkwy, Ste. 420 Portland, OR 97204 | J. Aaron Lawson alawson@edelson.com EDELSON PC 150 California St., 18th Floor San Francisco, CA 94111 T: 415.212.9300 | Legal | U, D | | | $925,000,000.00 |
| 2 | Gibson Dunn 333 South Grand Ave Los Angeles, CA 90071-3197 | | Professional Services | D | | | $216,992.14 |
| 3 | Manatt, Phelps & Phillips, LLP 2049 Century Park E #1700 Los Angeles, CA 90067 | | Professional Services | D | | | $121,660.35 |
| 4 | Verizon One Verizon Way Basking Ridge, New Jersey 07920 | | Utility | D | | | $77,704.07 |
| 5 | Wilkinson Barker Knauer, LLP 1800 M Street NW Suite 800N Washington, DC 20036 | | Professional Services | D | | | $44,873.00 |
| 6 | Morgan Lewis & Bockius 300 S Grand Ave 22nd Floor Los Angeles, CA 90071-3132 | | Legal | D | | | $26,616.56 |
| 7 | Vedder Price 1925 Century Park East Ste 1900 Los Angeles, California 90067 | | Professional Services | D | | | $26,051.70 |
| 8 | Jackson Lewis 725 S Figueroa St Ste 2500 Los Angeles, CA 90017 | | Legal | D | | | $24,249.79 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  Visalus, Inc.
        *Name*

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JAMS<br>555 W 5th St 32nd Floor<br>Los Angeles, CA 90013 | | Legal | D | | | $24,212.21 |
| 10 | Seyburn Kahn, P.C.<br>2000 Town Center Ste. 1500<br>Southfield, MI 48075 | | Legal | D | | | $22,238.00 |
| 11 | Gemini Pharmaceuticals<br>87 Modular Ave<br>Commack, NY 11725 | | Vendor | D | | | $22,029.00 |
| 12 | Brownstein Hyatt Farber Schreck, LLP<br>2049 Century Park E Ste 3550<br>Los Angeles, California 90067-3 | | Legal | D | | | $17,743.00 |
| 13 | UPS<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | | Professional Services | D | | | $16,183.70 |
| 14 | Westin Peachtree Plaza<br>210 Peachtree St NW<br>Atlanta, GA 30303 | | Professional Services | D | | | $15,819.00 |
| 15 | TPx<br>303 Colorado St Ste 2075<br>Austin, TX 78701 | | Utility | D | | | $14,193.00 |
| 16 | CCH Incorporated<br>2050 W 190th St<br>Torrance, CA 90504 | | Professional Services | D | | | $14,059.00 |
| 17 | The Bureau of National Affairs Inc.<br>1801 S Bell St Fl 5<br>Arlington, VA, 22202-4506 | | Professional Services | D | | | $13,426.00 |
| 18 | Cogent<br>3331 W Big Beaver Road Ste 210<br>Troy, MI 48084 | | Utility | D | | | $10,530.86 |
| 19 | Goodwin Procter LLP<br>601 S Figueroa St 41st Floor<br>Los Angeles, CA 90017 | | Legal | D | | | $9,154.00 |
| 20 | Pure Waters<br>720 S Garfield<br>Traverse City, MI 49686 | | Professional Services | D | | | $6,375.00 |