**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: VISALUS, INC.                          Case No.

                                              Chapter 11


**<u>VERIFICATION OF CREDITOR MATRIX</u>**


The above named Debtor hereby verifies that the attached list of creditors is true and

correct to the best of my/our knowledge.



Date: **<u>12/5/2024</u>**

Signature: **<u>/s/ NiklasSarnicola</u>**

NiklasSarnicola
Authorized Representative

Artesian Water
2193 Avon Industrial Dr
Rochester Hills, MI 48309


Blake Mallen
16832 Calle de Sarah
Pacific Palisades, CA 90272


Blyth VSH Acquisition Corp.
59 Armstrong Rd
Plymouth, MA 02360


Brownstein Hyatt Farber Schreck, LLP
2049 Century Park E Ste 3550
Los Angeles, California 90067-3217


Bryan Cave LLP
120 Broadway #300
Santa Monica, CA 90401


CCH Incorporated
2050 W 190th St
Torrance, CA 90504


Cintas Corporation
232 E Maple Rd
Troy, MI 48083


Cogent
3331 W Big Beaver Road Ste 210
Troy, MI 48084

Gemini Pharmaceuticals
87 Modular Ave
Commack, NY 11725


Gibson Dunn
333 South Grand Ave
Los Angeles, CA 90071-3197


Goodwin Procter LLP
601 S Figueroa St 41st Floor
Los Angeles, CA 90017


Healey Fire Protection Inc.
134 Northpointe Dr
Orion Twp, MI 48359


Honigman Miller Schwarts and Cohn
200 Ottawa Ave NW Ste 700
Grand Rapids, MI 49503-2426


Jackson Lewis
725 S Figueroa St Ste 2500
Los Angeles, CA 90017


JAMS
555 W 5th St 32nd Floor
Los Angeles, CA 90013


John Laun
204 Paseo De Las Delicias
Redondo Beach, CA 90277

Joshua Beal RLT March 7, 2012
7852 Ashwood Dr SE
Ada, MI 49301


Keller and Heckman LLP
Three Embarcadero Ctr Ste 1420
San Francisco, CA 94111


King & Wood Mallesons LLP
2500 Sand Hill Rd Ste 111
Menlo Park, CA 94025


Lori Wakefield
c/o Eve-Lynn J. Rapp
Edelson PC
1728 16th St Ste 210
Boulder, CO 80302


Lori Wakefield
c/o Rafey S. Balabanian
Edelson PC
150 California St 18th Fl
San Francisco, CA 94111


Lori Wakefield
c/o Scott F. Kocher
Forum Law Group
811 SW Naito Pkwy Ste 420
Portland, OR 97204


Lori Wakefield
c/o Simon Franzini
Dovel & Luner, LLP
201 Santa Monica Blvd Ste 600
Santa Monica, CA 90401

Manatt, Phelps & Phillips, LLP
2049 Century Park E #1700
Los Angeles, CA 90067


Morgan Lewis & Bockius
300 S Grand Ave 22nd Floor
Los Angeles, CA 90071-3132


Mover Services Inc.
721 E Compton Blvd
Compton, CA 90220


Nick Sarnicola
851 NE 1st Ave #4601
Miami, FL 33132


Office 1
5805 Sepulveda Blvd Ste 720
Van Nuys, CA 91411


OfficeTeam
400 S Hope St Ste 900
Los Angeles, CA 90071-2808


Para-Rescue IT
1125 Glenwood Rd
Glendale, CA 91202


Pure Waters
720 S Garfield
Traverse City, MI 49686

Ropart Investments LLC
3 Greenwich Office Park Ste 225
Greenwich, CT 06831


Ryan Blair
2651 La Cuesta Dr
Los Angeles, CA 90046


Seyburn Kahn, P.C.
2000 Town Center Ste. 1500
Southfield, MI 48075


Teris Phoenix
11333 N Scottsdale Rd Ste 294
Scottsdale, AZ 85254


The Bureau of National Affairs Inc.
1801 S Bell St Fl 5
Arlington, VA, 22202-4506


Todd A. Goergen
30 Konittekock Rd
Greenwich, CT 06831


TPx
303 Colorado St Ste 2075
Austin, TX 78701


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

Vedder Price
1925 Century Park East Ste 1900
Los Angeles, California 90067


Verizon
One Verizon Way
Basking Ridge, New Jersey 07920


Wells Fargo Bank, N.A.
150 E 42nd St
New York, NY 10017


Westin Peachtree Plaza
210 Peachtree St NW
Atlanta, GA 30303


Wilkinson Barker Knauer, LLP
1800 M Street NW Suite 800N
Washington, DC 20036"

IRS
Centralized Insolvency
PO Box 7346
Philadelphia PA 19101-7346


Christopher E. Prince
Lesnick Prince & Pappas LLP
315 West Ninth Street, Suite 705
Los Angeles, CA  90015