Form NoMD                                                                                                                                           Entered: 12/6/24

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24–42952
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

ViSalus, Inc.

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above–referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by December 19, 2024.**

Schedules
B 202 – Declaration Under Penalty of Perjury for Non–individual Debtors
B 206 Summary – A Summary of Your Assets and Liabilities (non–individuals)
B 206A/B – Schedule A/B: Property (non–individuals)
B 206D – Schedule D: Creditors Who Have Claims Secured By Property (non–individuals)
B 206E/F – Schedule E/F: Creditors Who Have Unsecured Claims (non–individuals)
B 206G – Schedule G: Executory Contracts and Unexpired Leases (non–individuals)
B 206H – Schedule H: Your Codebtors (non–individuals)

Statements
B 207 – Statement of Your Financial Affairs (non–individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. §521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at https://www.uscourts.gov/forms/bankruptcy–forms.**

Signed on:

December 6, 2024

_____

Jason K. McDonald
CLERK OF THE COURT