UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VISALUS, INC., | § | CASE NO. 24-42952 |
| | § | (Chapter 11, SubV) |
| | § | |
| DEBTOR. | § | |

## MOTION TO APPEAR PRO HAC VICE OF CHRISTOPHER E. PRINCE

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

Christopher E. Prince (hereinafter "Prince"), of the firm Lesnick Prince & Pappas, LLP, 315 West Ninth Street, Suite 705, Los Angeles, CA 90015 an attorney licensed in the state of California respectfully files this *Application to Appear Pro Hac Vice* on behalf of Debtor and Debtor in Possession, ViSalus, Inc. (the "Debtor") in the above entitled and numbered cause, and would to show the Court as follows:

1.  On December 5, 2024, the Debtor commenced this case by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

2.  The Debtor has elected to proceed under Subchapter V of Chapter 11.

3.  On December Prince was admitted to practice in California on September 9, 1996, and Prince's California state bar number is 183553.

4.  Prince has been licensed to practice before the following federal courts: the United States Circuit Courts of Appeal for the Eighth, Ninth and Federal Circuits; the United States District Courts for the Central, Northern, Southern and Eastern District of California and the Northern District of Illinois; and the United States Court of Federal Claims.

5. Prince is in good standing and is otherwise eligible to practice law before this Court.

6. Prince has never previously sought or requested temporary admittance with this Court and has never previously sought or requested temporary admittance before any Court in the Eastern District of Texas.

7. Prince has never been suspended or disbarred in any court and is not subject to any suspensions or disbarment proceedings.

8. Prince has never had an application for admission to practice before another court denied, and Prince has never had the privilege to practice before another court suspended.

9. Furthermore, Prince has never been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon Prince's conduct, competency or fitness as a member of the bar.

10. Prince has never been arrested for, charged with, or convicted of any criminal offenses.

11. Prince has read and will comply with the Local Rules of the Eastern District of Texas, including the "Standards of Practice to be Observed by Attorneys."

12. Prince, by his signature below, attests that the above information is true, that he will discharge the duties of attorney and counselor of this Court faithfully, that he will demean himself uprightly under the law and the highest ethics of the profession, and that he will defend the Constitution of the United States.

13. Prince also notes that the Debtor and Debtor in Possession has retained Jeff Carruth of Weycer, Kaplan, Pulaski & Zuber, P.C. as local counsel.

14. Debtor shall file one or motions to employ LPP and WKPZ as counsel for the Debtor under Code § 327.

WHEREFORE, Christopher E. Prince of the firm Lesnick Prince & Pappas, LLP respectfully requests that the Court admit him *pro hac vice* with respect to above-captioned bankruptcy case and any matter(s) that come before the Court related to this case. Movant respectfully requests such other and further relief to which Movant is entitled at law or in equity.

*{continued on next page}*

Dated:  December 10, 2024	Respectfully submitted:

        LESNICK PRINCE & PAPPAS LLP

By:	*/s/ Christopher E. Prince\**
CHRISTOPHER E. PRINCE (CA SBN 183553)
315 W. Ninth St., Suite 705
Los Angeles, CA  90015
Telephone:	(213) 493-6496
Email:	cprince@lesnickprince.com

Proposed Counsel for
ViSalus, Inc.

*-and-*

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:	*/s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   2608 Hibernia, Suite 105
   Dallas, TX 75204-2514
   Telephone: (713) 341-1158
   E-mail: jcarruth@wkpz.com

PROPOSED LOCAL COUNSEL FOR
ViSALUS, INC.

*\* Signature by permission by /s/ Jeff Carruth*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on December 10, 2024 by electronic notice to all ECF users who have appeared in this case to date.

        */s/ Jeff Carruth*
        Jeff Carruth

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VISALUS, INC., | § | CASE NO. 24-42952 |
| | § | (Chapter 11, SubV) |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE OF CHRISTOPHER E. PRINCE (RE: DOCKET NO. ___)**

On this day the Court considered the *Motion for Admission Pro Hac Vice of Christopher E. Prince* to appear *pro hac vice* on behalf of ViSalus, Inc., Debtor and Debtor in Possession (the "Debtor"). After considering the Motion, the Court has decided that the request should be GRANTED.

IT IS THEREFORE ORDERED AND DECREED that Christopher E. Prince of the firm Lesnick Prince & Pappas, LLP is permitted to appear as counsel for the Debtor in the above-captioned case and any matters that come before the Court related to this case.

Signed on: _____

_____
THE HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE