UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VISALUS, INC., | § | CASE NO. 24-42952 |
| | § | (Chapter 11, SubV) |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE OF CHRISTOPHER E. PRINCE (RE: DOCKET NO. ___)**

On this day the Court considered the *Motion for Admission Pro Hac Vice of Christopher E. Prince* to appear *pro hac vice* on behalf of ViSalus, Inc., Debtor and Debtor in Possession (the "Debtor"). After considering the Motion, the Court has decided that the request should be GRANTED.

IT IS THEREFORE ORDERED AND DECREED that Christopher E. Prince of the firm Lesnick Prince & Pappas, LLP is permitted to appear as counsel for the Debtor in the above-captioned case and any matters that come before the Court related to this case.

Signed on: _____

_____
THE HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE