**Fill in this information to identify the case and this filing:**

Debtor Name __ViSalus, Inc.__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (*If known*): __24-42952__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/19/2024__
MM / DD / YYYY

✖ /s/ Nick Sarnicola
Signature of individual signing on behalf of debtor

Nick Sarnicola
Printed name

Authorized Representative
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  ViSalus, Inc.

United States Bankruptcy Court for the:  Eastern          District of  Texas
                                                                    (State)

Case number (If known):  24-42952

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ 63,823,436.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................... $ _____ 0.00

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................... $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................ **+** $ 949,605,640.00

4. **Total liabilities**...............................................................................................................................  $ 949,605,640.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___ViSalus, Inc.___

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (If known): ___24-42952___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ 0.00 |
| 3.2. | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. HARFENIST KRAUT & PERLSTEIN - Escrow Account | $ 20,000.00 |
| 4.2. | $ |

5. **Total of Part 1** — $ 20,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3. **(None other than legal and professional retainers.)**
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ 0.00 |
| 7.2. | $ 0.00 |

Debtor    ViSalus, Inc.
_____
Name

Case number (*if known*)  24-42952
_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔ $_____
                 face amount           doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔ $_____
                 face amount           doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____  _____  $ _____ 0.00

14.2._____  _____  $ _____ 0.00

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

15.1. See attachment 15.1._____  _____%  _____  $ _____

15.2._____  _____%  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $ _____ 0.00

16.2._____  _____  $ _____ 0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $ _____ 0.00

Debtor _____   Case number *(if known)* __24-42952__
      ViSalus, Inc.
      Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

                                                             $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    ViSalus, Inc.                                                    Case number *(if known)*_24-42952
_____
          Name

**33. Total of Part 6.**                                                          $_____

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**                                                          $_____

Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    ViSalus, Inc. _____    Case number (*if known*) 24-42952
           Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    ViSalus, Inc.
_____Name_____    Case number *(if known)* 24-42952

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attachment 60. | $_____ | | $_____ Unknown |
| 61. **Internet domain names and websites**<br>See Attachment 61. | $_____ | | $_____ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ Unknown

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____    _____ − _____ = ➔   $_____
                                      Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   See attached document.                                  Tax year _____   $_____
   _____     Tax year _____   $_____
   _____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                                $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                                $_____

   Nature of claim        _____

   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                                $_____

   Nature of claim        _____

   Amount requested       $_____

76. **Trusts, equitable or future interests in property**

   _____                                $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

   _____                                        $_____
   _____                                        $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.              $   **63,803,436.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor   ViSalus, Inc.
         Name

Case number *(if known)* 24-42952

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 20,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 63,803,436.00 | |
| 91. **Total.** Add lines 80 through 90 for each column**.** ...........................91a. | $ 63,823,436.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................................    $ 63,823,436.00

## ATTACHMENT 15.1

Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture:

- Liv Global LLC – Delaware, US - FEIN: 61-1851259 - 100% ViSalus Inc

- Challenge Pro LLC – Delaware, US - FEIN: 32-0539095 - 100% ViSalus Inc

- ViSalus S. de R.L. de C.V. – Delaware, US - FEIN: 35-2601837 - 100% ViSalus Inc

- Body by Vi S. de R.L. de. C.V - Mexico: RFC BBV170803PP0 - 99% ViSalus, Inc. 1% ViSalus S. de R.L. de C.V.

- ViSalus CV Holdings LLC – Delaware, US - 100% ViSalus Inc

- Challenge Europe CV - Netherlands: CCI 59354011 - 99% ViSalus Inc, / 1% ViSalus CV Holdings LLC

- ViSalus Co-op Holdings LLC – Delaware, US - FEIN: 35-2497092 100% Challenge Europe CV

- Vi Europe Cooperatief U.A. - Netherlands: CCI 59729430- 99% Challenge Europe CV , / 1% ViSalus Co-op Holdings LLC

- Vi International Holdings B.V.  - Netherlands: CCI 58046119- 100% Vi Europe Cooperatief U.A.

- ViSalus Sciences Canada, Inc - Canada - CRA 815357355 - 100% Vi International Holdings B.V.

- Vi (UK) Holdings Ltd. - United Kingdom - 100% Vi International Holdings B.V.

- Vi Italia S.R.L - Italy: FC 08585340964 - 100% Vi International Holdings B.V.

- Vi Netherlands B.V. - Netherlands: CCI 60060662 - 100% Vi International Holdings B.V.

- Vi Austria GmbH - Austria: FN 405486 - 100% Vi International Holdings B.V.

- Vi Germany GmbH - Germany: HRB 95656 - 100% Vi International Holdings B.V.

## <u>ATTACHMENT 60</u>

Patents, copyrights, trademarks, and trade secrets

| Mark/Name | Registration No. |
|---|---|
| CEREAL ENTREPRENEUR | |
| CHALLENGE TRAINER | |
| CRUNCH CHALLENGE | |
| FI-SORB | |
| I CHALLENGE YOU | |
| LOVE THE SHAKE? CHEW ON THIS | |
| NEON ENERGY DRINK | 4297569 |
| NEURO FUEL | |
| PUTTING THE 'REAL' IN CEREAL | |
| SHAKE IN A FLAKE | |
| VI CHALLENGE PRO | |
| VI=LIFE | |
| VI=LIFE and Design  | |
| VI-BITES | |
| VI-DIFFERENCE | 3653501 |
| VI-DIFFERENCE | 3603737 |
| VI-LIFE | |
| VI-LIFE | 4264037 |
| VIMMUNITY | 4234039 |
| VISALUS SCIENCES | 3312137 |

| Mark/Name | Registration No. |
|-----------|------------------|
| VISAL-US SCIENCES | |
| VISALUS SHAPER HEALTH FLAVOR MIX-IN | |
| VISALUS TSS | 3627971 |
| VISALUS VI-DIFFERENCE | |
| VISALUS VI-NET | 4099299 |
| VISAL-US VI-NET | |
| VISALUS VI-Q | |
| WHERE GIVING IS GOING | 3660071 |
| YOU'LL BE BOWLED OVER | |
| YOUR CHALLENGE GOAL IN A BOWL | |
| VISALUS | MI M05174 |

## **ATTACHMENT 61**

Internet domain names and websites

- mylivlist.com
- timetoliv.com
- visalus.info
- visalusclassactionlawsuit.com
- visaluslawsuit.com
- viclassactionlawsuit.com

## <u>ATTACHMENT 70</u>

Tax refunds and unused net operating losses (NOLs)

| | | NET OPERATING LOSS DEDUCTION | | STATEMENT 4 |
|---|---|---|---|---|
| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
| 12/31/13 | 24,835,811. | 2,890,100. | 21,945,711. | 21,945,711. |
| 12/31/15 | 13,088,217. | | 13,088,217. | 13,088,217. |
| 12/31/16 | 7,562,836. | | 7,562,836. | 7,562,836. |
| 12/31/17 | 4,638,412. | | 4,638,412. | 4,638,412. |
| 12/31/18 | 5,988,658. | | 5,988,658. | 5,988,658. |
| 12/31/19 | 1,751,561. | | 1,751,561. | 1,751,561. |
| 12/31/21 | 8,828,041. | | 8,828,041. | 8,828,041. |
| NOL AVAILABLE THIS YEAR | | | 63,803,436. | 63,803,436. |

**Fill in this information to identify the case:**

Debtor name _____ViSalus, Inc._____

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (If known): ___24-42952___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ **Yes.** Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Debtor | ViSalus, Inc. | Case number *(if known)* 24-42952 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____    $_____    $_____
_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____    $_____    $_____
_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    ViSalus, Inc.
<u>Name</u>

Case number *(if known)* 24-42952

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____ViSalus, Inc._____

United States Bankruptcy Court for the: _____Eastern_____ District of _____Texas_____
(State)

Case number _____24-42952_____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____   Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor   ViSalus, Inc.
Name

Case number (if known) 24-42952

---

**Part 1.** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____     $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____     $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____     $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____     $_____

---

Debtor ___ViSalus, Inc._____    Case number (if known) __24-42952___
     Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Adam Morgan

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____8,125.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

Aldo Moreno

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____311,498.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

Artesian Water

2193 Avon Industrial Dr.

Rochester Hills, MI 48309

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____5,400.00

Basis for the claim: __Goods__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

Blake Mallen

16832 Calle de Sarah

Pacific Palisades, CA 90272

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____3,985,568.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

Blyth VSH Acquistion Corp.

59 Armstrong Rd.

Plymouth, MA 02360

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____6,478,555.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

Brownstein Hyatt Farber Schreck, LLP

2049 Century Park E Ste 3550

Los Angeles, CA 90067-3217

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____17,743.00

Basis for the claim: __Legal__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   ViSalus, Inc.
_____
Name

Case number (if known) __24-42952_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | Nonpriority creditor's name and mailing address

Bryan Cave LLP

120 Broadway #300
Santa Monica, CA 90401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services

$ 4,991.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

Carlo Pacileo

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

$ 25,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

CCH Incorporated

2050 W 190th St
Torrance, CA 90504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

$ 14,059.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

Cintas Corporation

232 E Maple Rd
Troy, MI 48083

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

$ 105.00

Date or dates debt was incurred  5/1/2017

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

Cogent

3331 W Big Beaver Road Ste210
Troy, MI 48084

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Utility

$ 10,531.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Vsakis, Inc.
         Name

Case number *(if known)*   24-42952

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Fred Heim

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 6,500.00

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

Gemini Pharmaceuticals

87 Modular Ave

Commack, NY 11725

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 22,029.00

**Basis for the claim:** Vendor

Date or dates debt was incurred   10/24/2020

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

Gibson Dunn

333 South Grand Ave

Los Angeles, CA 90071-3197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 216,992.00

**Basis for the claim:** Legal

Date or dates debt was incurred   10/24/2020

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

Goodwin Procter LLP

601 S Figueroa St 41st Floor

Los Angeles, CA 90017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 9,154.00

**Basis for the claim:** Legal

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

Healey Fire Protection Inc.

134 Northpointe Dr

Orion Twp, MI 48359

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 1,000.00

**Basis for the claim:** Services

Date or dates debt was incurred   7/1/2017

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Visalus, Inc. | | Case number *(if known)* | 24-42952 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Heshi Mahinrod

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 20,000.00

Basis for the claim: _____

Date or dates debt was incurred     _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.18** Nonpriority creditor's name and mailing address

Honigman Miller Schwarts and Cohn

200 Ottawa Ave NW Ste 700

Grand Rapids, MI 49503-2426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 5,288.00

Basis for the claim: Legal

Date or dates debt was incurred     3/8/2020

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.19** Nonpriority creditor's name and mailing address

Jackson Lewis

725 S Figueroa St Ste 2500

Los Angeles, CA 90017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 24,250.00

Basis for the claim: Legal

Date or dates debt was incurred     4/6/2021

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.20** Nonpriority creditor's name and mailing address

JAMS

555 W 5th St 32nd Floor

Los Angeles, CA 90013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 24,212.00

Basis for the claim: Legal

Date or dates debt was incurred     1/18/2022

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.21** Nonpriority creditor's name and mailing address

John Laun

204 Paseo De Las Delicias

Redondo Beach, CA 90277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 54,054.00

Basis for the claim: _____

Date or dates debt was incurred     _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor    Visalus, Inc.
_____    Case number _(if known)_ 24-42952
Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

John Tolmie

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 121,875.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Joshua Beal RLT

7852 Ashwood Dr SE

Ada, MI 49301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 48,358.00

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Keller and Heckman LLP

Three Embarcadero Ctr Ste 1420

San Francisco, CA 94111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 770.00

Basis for the claim: Legal

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

King & Wood Mallesons LLP

2500 Sand Hill Rd Ste 111

Menlo Park, CA 94025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 1,475.00

Basis for the claim: Legal

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Lori Wakefield c/o J. Aaron Lawson

Edelson PC 150 California St 18th Fl

San Francisco, CA 94111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ unknown

Basis for the claim: Legal

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Wakefield v. ViSalus Certified Class

c/o Scott F. Kocher
Forum Law Group, 811 SW Naito Pkwy, Ste. 420
Portland, OR 97204

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: Legal

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 925,000,000.00

**3.28** Nonpriority creditor's name and mailing address

Manatt, Phelps & Phillips, LLP

2049 Century Park E #1700

Los Angeles, CA 90067

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Legal

Date or dates debt was incurred  11/24/2020

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 121,660.00

**3.29** Nonpriority creditor's name and mailing address

Morgan Lewis & Bockius

300 S Grand Ave 22nd Floor

Los Angeles, CA 90071-3132

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Legal

Date or dates debt was incurred  11/19/2021

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 26,617.00

**3.30** Nonpriority creditor's name and mailing address

Mover Services Inc.

721 E Compton Blvd

Compton, CA 90220

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 2,525.00

**3.31** Nonpriority creditor's name and mailing address

Nick Sarnicola

851 NE 1st Ave #4601

Miami, FL 33132

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 5,117,981.00

Debtor    Visalus, Inc.                                                      Case number (if known)  24-42952
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** **Nonpriority creditor's name and mailing address**

Office 1

5805 Sepulveda Blvd Ste 720

Van Nuys, CA 91411

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 710.00

---

**3.33** **Nonpriority creditor's name and mailing address**

OfficeTeam

400 S Hope St Ste 900

Los Angeles, CA 90071-2808

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,490.00

---

**3.34** **Nonpriority creditor's name and mailing address**

Para-Rescue IT

1125 Glenwood Rd

Glendale, CA 91202

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 90.00

---

**3.35** **Nonpriority creditor's name and mailing address**

Paul Noack

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 254,458.00

---

**3.36** **Nonpriority creditor's name and mailing address**

Pure Waters

720 S Garfield

Traverse City, MI 49686

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Goods

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,375.00

---

Debtor   Visalus, Inc.
_____
Name

Case number (if known)   24-42952
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | Nonpriority creditor's name and mailing address
Rob Kamman

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$  3,750.00

**3.38** | Nonpriority creditor's name and mailing address
Ropart Investments LLC

3 Greenwich Office Park Ste 225
Greenwich, CT 06831

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$  265,853.00

**3.39** | Nonpriority creditor's name and mailing address
Ryan Blair

2651 La Cuesta Dr
Los Angeles, CA 90046

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$  2,917,599.00

**3.40** | Nonpriority creditor's name and mailing address
Seyburn Kahn, P.C.

2000 Town Center Ste. 1500
Southfield, MI 48075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Legal

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$  22,238.00

**3.41** | Nonpriority creditor's name and mailing address
Silvia Uribe

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$  28,750.00

Debtor      Vsakus, Inc.                                           Case number *(if known)*    24-42952
            Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.42** **Nonpriority creditor's name and mailing address**

Teris Phoenix

11333 N Scottsdale Rd Ste 294

Scottsdale, AZ 85254

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services

Is the claim subject to offset?
☒ No
☐ Yes

$                    400.00

---

**3.43** **Nonpriority creditor's name and mailing address**

The Bureau of National Affairs Inc.

1801 S Bell St Fl 5

Arlington, VA, 22202-4506

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☒ No
☐ Yes

$                 13,426.00

---

**3.44** **Nonpriority creditor's name and mailing address**

Todd A. Goergen

30 Konittekock Rd

Greenwich, CT 06831

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$                807,041.00

---

**3.45** **Nonpriority creditor's name and mailing address**

TPx

303 Colorado St Ste 2075

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☒ No
☐ Yes

$                 14,193.00

---

**3.46** **Nonpriority creditor's name and mailing address**

Tyler Schuessler

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$                 15,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 11 of 15

Debtor    Visalus, Inc.    Case number (if known)    24-42952
_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address
UPS

55 Glenlake Parkway NE

Atlanta, GA 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**$ 16,184.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
Vedder Price

1925 Century Park East Ste 1900

Los Angeles, California 90067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Legal

**$ 26,052.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
Verizon

One Verizon Way

Basking Ridge, New Jersey 07920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Utility

**$ 77,704.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
ViRAM LLC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**$ 3,384,267.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
Wells Fargo Bank, N.A.

150 E 42nd St

New York, NY 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Loan

**$ 3,053.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Yisalus, Inc.
Name

Case number (if known)    24-42952

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.52**  Nonpriority creditor's name and mailing address

Westin Peachtree Plaza

210 Peachtree St NW

Atlanta, GA 30303

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:  Venue Services

$_____15,819.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.53**  Nonpriority creditor's name and mailing address

Wilkinson Barker Knauer, LLP

1800 M Street NW Suite 800N

Washington, DC 20036

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Legal

$_____44,873.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [ ] No
- [ ] Yes

| Debtor | ViSalus, Inc. | Case number *(if known)* 24-42952 |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Eve-Lynn J. Rapp, Attorney for Lori Wakefield<br>Edelson PC<br>1728 16th St Ste 210, Boulder, CO 80302 | Line 3.26<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Simon Franzini, Attorney for Lori Wakefield<br>Dovel & Luner, LLP<br>201 Santa Monica Blvd., Ste. 600, Santa Monica, CA 90401 | Line 3.26<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line ____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _ViSalus, Inc._____      Case number *(if known)*_24-42952_____
      Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 949,605,640.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 949,605,640.00 |

**Fill in this information to identify the case:**

Debtor name    ViSalus, Inc.

United States Bankruptcy Court for the: Eastern    District of    Texas
                                                                    (State)

Case number (If known):    24-42952    Chapter    11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Phone Number | Vonage |
| State the term remaining — 12/31/24 | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — Email | Microsoft |
| State the term remaining — 10/08/25 | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest — Cloud Storage | Dropbox |
| State the term remaining — 6/25/25 | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest — Mail | PO Box |
| State the term remaining — 12/31/24 | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _ViSalus, Inc._

United States Bankruptcy Court for the: _Eastern_   District of _Texas_
(State)

Case number (If known): _24-42952_

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |