UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VISALUS, INC., | § | CASE NO. 24-42952 |
| | § | (Chapter 11, SubV) |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO (I) CONTINUE PLAN RELATED DEADLINES, AND (II) RESCHEDULE CONFIRMATION HEARING (RE: DOCKET NO. 46)**

On April 8, 2025, the Court considered the *Motion of Debtor to (I) Continue Plan-Related Deadlines, and (II) Reschedule Confirmation Hearing* (Docket No. 46) (the "Motion") filed herein on March 19, 2025 by ViSalus, Inc. ("ViSalus"). For the reasons stated on the record, the Motion is granted as follows.

**IT IS THEREFORE ORDERED THAT:**

1. The dates and deadlines set forth in the *Order Setting Plan Related Deadlines and Hearing on Confirmation (Small Business Debtor – Subchapter V)* (Docket No. 43) are modified and extended as set forth below.

2. The deadline for parties in interest to object to *Debtor's Chapter 11 Subchapter V Plan, Dated March 5, 2025* (Docket No. 42) (the "Plan") is extended through and until **June 4, 2025**.

3. The deadline for parties eligible to vote to return a ballot to accept or reject the Plan is extended to **5:00 p.m. (CDT) on June 6, 2025**.

4. The date and time for the hearing to consider the adequacy and confirmation of the Debtor's proposed Subchapter V Chapter 11 plan is rescheduled to **June 24, 2025 at 9:30 a.m. (CDT)**.

5. Debtor to provide notice of the continued hearing date and related deadlines.

Dated: _____

Signed on 05/01/2025

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

LESNICK PRINCE PAPPAS & ALVERSON LLP
Christopher E. Prince (CA SBN 183553)
315 W. Ninth St., Suite 705
Los Angeles, CA  90015
T: (213) 493-6496
F: (213) 493-6596
E: cprince@lesnickprince.com

COUNSEL FOR VISALUS, INC.
DEBTOR AND DEBTOR IN POSSESSION
-and-

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail:  jcarruth@wkpz.com

LOCAL COUNSEL FOR VISALUS, INC.
DEBTOR AND DEBTOR IN POSSESSION