UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VISALUS, INC., | § | CASE NO. 24-42952 |
| | § | (Chapter 11, SubV) |
| | § | |
| DEBTOR. | § | |

## ORDER GRANTING UNOPPOSED MOTION OF DEBTOR TO CONTINUE CONFIRMATION HEARING (RE: DOCKET NO. 74)

On this day, the Court considered the *Unopposed Motion of Debtor to Continue Confirmation Hearing* (the "Motion") regarding the hearing on the *Amended Chapter 11 Small Business SubChapter IV Plan* (Docket No. 74) (the "Plan") filed herein on July 1, 2025 by ViSalus, Inc. ("ViSalus"). The Court finds and concludes that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1.  The Motion is granted as set forth herein.

2.  All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3.  The date and time for the Confirmation Hearing consider the *Amended Chapter 11 Small Business SubChapter IV Plan* (Docket No. 74) is **December 10, 2025 at 10:00 a.m.**

4.  The Movant or its counsel shall give notice of this confirmation hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 10/20/2025

*Brenda T. Rhoades*          SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

LESNICK PRINCE & PAPPAS LLP
Christopher E. Prince (CA SBN 183553)
315 W. Ninth St., Sui
e 705
Los Angeles, CA  90015
T: (213) 493-6496
F: (213) 493-6596
E: cprince@lesnickprince.com

COUNSEL FOR VISALUS, INC.
DEBTOR AND DEBTOR IN POSSESSION
-and-

CONDON TOBIN SLADEK
SPARKS NERENBERG, PLLC
JEFF CARRUTH (TX SBN: 24001846)
8080 Park Lane, Suite 700
Dallas, TX 75231
Telephone: (214) 265-3834
Fax: (214) 691-6311
E-mail:  jcarruth@condontobin.com

LOCAL COUNSEL FOR VISALUS, INC.
DEBTOR AND DEBTOR IN POSSESSION